**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANDA AL-RAHEEM,            )<br>                                          )<br>            Plaintiff,             )<br>                                          )<br>      v.                              )<br>                                          )<br>COVENANT CARE,              )<br>                                          )<br>            Defendant.            )<br>_____) | NO. 1:10-CV-02064 AWI GSA<br><br>ORDER VACATING HEARING DATE OF APRIL 18, 2011, AND TAKING MATTER UNDER SUBMISSION |

   Defendant has noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on April 18, 2011. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than April 4, 2011. Plaintiff failed to do so.

   Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, Plaintiff is in violation of the Local Rules. Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

///

///

///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 18, 2011 is VACATED, and no party shall appear at that time. As of April 18, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 13, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE