IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WANDA AL-RAHEEM, | ) | NO. 1:10-CV-02064 AWI-GSA |
| Plaintiff, | ) | ORDER VACATING DECEMBER 19, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v. | ) | |
| COVENANT CARE, | ) | |
| Defendant. | ) | |

Defendant's motion to dismiss has been set for hearing in this case on December 19, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 19, 2011, is VACATED, and the parties shall not appear at that time. As of December 19, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 14, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE