IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA AL-RAHEEM,           )<br>                                              )<br>           Plaintiff,              )<br>                                              )<br>     v.                                     )<br>                                              )<br>COVENANT CARE,           )<br>                                              )<br>           Defendant.         )<br>_____) | 1:10- cv-2064 AWI GSA<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 10, 2012, AND TAKING MATTER UNDER SUBMISSION |

     This is a civil rights action pursuant to Title VII of the Civil Rights Act of 1964 for damages and equitable relief by *pro se* plaintiff Wanda Al-Raheem ("Plaintiff") against defendant Covenant Care ("Defendant"). Currently before the court is Defendant's motion to dismiss Plaintiff's Second Amended Complaint ("SAC"). Defendant' motion to dismiss was filed on July 20, 2012. As of the date of this order, no opposition to the motion has been filed.

     The matter was scheduled for oral argument to be held September 10, 2012. The Court has reviewed Plaintiffs' motion. Opposition, which was due not later than August 24, 2012, was not filed as of that date and consequently the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 10, 2012, is VACATED, and no party shall appear at that time. As of September 10, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

1   IT IS SO ORDERED.

2   Dated:    September 7, 2012
3                                                                    CHIEF UNITED STATES DISTRICT JUDGE